[No. 71427-9-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS
BRUCE-JOHN GOGEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-04565-4, Douglass A. North, J., entered
January 8, 2014. *Reversed* and *remanded with instructions*
by unpublished opinion per Trickey, J., concurred in by
Becker and Lau, JJ.

[No. 71523-2-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GYORGY ZATLOKA,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 13-1-11661-4, Douglass A. North, J., entered
January 6, 2014. *Affirmed* by unpublished opinion per Lau,
J., concurred in by Appelwick and Schindler, JJ.

[No. 71534-8-I.   Division One.   April 20, 2015.]

MCCAULEY FALLS, LLC, ET AL., *Respondents*, v. KING COUNTY,
*Respondent*, STEVEN NICHOLS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-29550-0, Mariane C. Spearman, J., entered
January 23, 2014. *Affirmed* by unpublished opinion per
Leach, J., concurred in by Dwyer and Trickey, JJ.

[No. 71632-8-I.   Division One.   April 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALDRICH
SANCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 13-1-11429-8, Catherine D. Shaffer, J., entered
March 7, 2014. *Affirmed in part* and *remanded with instruc-
tions* by unpublished opinion per Cox, J., concurred in by
Spearman, C.J., and Trickey, J.